**BAKER & MCKENZIE LLP**
David Zaslowsky
Debra Dandeneau
Kirsten Dooley
452 Fifth Avenue
New York, NY 10018
Telephone:  (212) 626-4100
david.zaslowsky@backermckenzie.com
debra.dandeneau@bakermckenzie.com
kirsten.dooley@bakermckenzie.com

*Counsel to Christopher Spadafora*

**MAYER BROWN LLP**
Matthew D. Ingber
Niketa K. Patel
1221 Avenue of the Americas
New York, NY 10020-1001
Telephone: (212) 506-2500
mingber@mayerbrown.com
npatel@mayerbrown.com

*Counsel to Cloudflare, Inc*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>CELSIUS NETWORK LLC, *et al.*,<br><br>　　　　Reorganized Debtors.[1]<br><br>——————————————————<br><br>MOHSIN Y. MEGHJI, LITIGATION ADMINISTRATOR, AS REPRESENTATIVE FOR THE POST-EFFECTIVE DATE DEBTORS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CHRISTOPHER SPADAFORA and CLOUDFLARE, INC.,<br><br>　　　　Defendant. | Chapter 11<br><br>Case No. 22-10964 (MG)<br><br>(Jointly Administered)<br><br><br><br>Adv. Proc. No.  24-03981 (MG) |

**PROPOSED JOINT STIPULATION AND AGREED**
**SCHEDULING ORDER BY AND AMONG DEFENDANTS**
**CHRISTOPHER SPADAFORA AND CLOUDFLARE, INC.**

---

[1] The Debtors in these chapter 11 cases (the "Chapter 11 Cases"), along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

This stipulation (the "*Stipulation and Order*") is entered into by and among Cloudflare, Inc. ("*Cloudflare*"), on the one hand, and Christopher Spadafora ("*Spadafora*", and together with Cloudflare, the "*Parties*") on the other.

### Recitals

**WHEREAS** on July 12, 2024, Mohsin Y. Meghji, the Litigation Administrator as Representative for the Post-Effective Date Debtors filed his Complaint against Defendants (the "*Complaint*") [Dkt. No. 1];

**WHEREAS** on July 21, 2025, Cloudflare responded to the Complaint with an Answer, Affirmative Defenses, Counterclaims, and Crossclaims against Spadafora (the "*Crossclaims*") [Dkt. No. 42];

**IT IS THEREFORE STIPULATED AND AGREED** by and among the undersigned counsel for the Parties that:

1. Spadafora shall answer or move to dismiss the Crossclaims by September 10, 2025.

2. If Spadafora responds by motion, Cloudflare shall file any opposition papers by October 30, 2025; and

3. If opposition papers are filed, Spadafora shall file any reply by December 3, 2025.

[*Remainder of page intentionally left blank*]

**SO STIPULATED:**

Date: August 15, 2025

| | |
|---|---|
| */s/  David Zaslowsky* | */s/ Niketa K. Patel* |
| **BAKER MCKENZIE LLP** | **MAYER BROWN LLP** |
| David Zaslowsky | Matthew D. Ingber |
| Debra Dandeneau | Niketa K. Patel |
| Kirsten Dooley | 1221 Avenue of the Americas |
| 452 Fifth Avenue | New York, NY 10020-1001 |
| New York, NY 10018 | Telephone: (212) 506-2500 |
| Telephone:  (212) 626-4100 | mingber@mayerbrown.com |
| david.zaslowsky@backermckenzie.com | npatel@mayerbrown.com |
| debra.dandeneau@bakermckenzie.com | |
| kirsten.dooley@bakermckenzie.com | |
| | |
| *Counsel to Christopher Spadafora* | *Counsel to Cloudflare, Inc* |

**IT IS SO ORDERED.**

Dated: _____, 2025
      New York, New York

_____
MARTIN GLENN
Chief United States Bankruptcy Judge