**Scoolidge,
Peters,
Russotti &
Fox, LLP**

2 Park Avenue – 20th Floor
New York, NY 10016
(212) 729-7708

March 4, 2026

**VIA ECF**

Honorable Martin Glenn
Chief United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408
mg.chambers@nysb.uscourts.gov

Re: *__Meghji v. Spadafora (In re Celsius Network LLC)__*__, Adv. Proc. No. 24-03981 (MG)__

Dear Judge Glenn:

BadgerDAO respectfully submits this letter to provide additional factual and legal context while the pending motions to dismiss remain sub judice. Following the close of briefing, the Litigation Administrator submitted a letter dated February 18, 2026 (ECF No. 86) advising the Court that newly developed facts confirm that BadgerDAO is not a partnership. Celsius responded with a letter of its own on February 20, 2026 (ECF No. 87), arguing inter alia that the Litigation Administrator could not "reverse its position on the existence of the BadgerDAO partnership."

BadgerDAO joins the Litigation Administrator's position and incorporates that submission.

Notably, it was Cloudflare who previously argued that BadgerDAO was *not* a partnership in support of its own motion to dismiss. (*See* Mem. in Support of Mtn. to Dismiss, ECF No. 21, at 8-9.) Cloudflare itself then later reversed course and based its allegations on the assumption that BadgerDAO is a partnership in order to assert counterclaims, cross-claims, and third-party claims. (*See, e.g.*, Third-Party Complaint, ECF No. 47.) In other words, Cloudflare has taken a position vis-à-vis BadgerDAO's partnership status "when advantageous and repudiate[d] it when inconvenient"—precisely what it accuses the Litigation Administrator of. Having affirmatively taken the position that BadgerDAO is not a partnership when it suited its purposes, Cloudflare cannot now credibly fault the Litigation Administrator for reaching the same conclusion based on further-developed facts.

Mor importantly, however, Cloudflare mischaracterizes the state of the caselaw concerning whether a DAO constitutes a partnership. In both cases cited by Cloudflare, i.e., *Samuels v. Lido DAO*, 757 F. Supp. 3d 951 (N.D. Cal. 2024), and *Sarcuni v. bZx DAO*, 664 F. Supp. 3d 1100 (S.D. Cal. 2023), the courts did *not* "f[in]d [the DAOs] to be general partnerships based on similar



allegations of tokenholder voting and shared profits as those made here" as Cloudflare alleges. Rather, the courts merely found that the plaintiffs in those cases had pleaded sufficient facts to overcome motions to dismiss. No findings on the merits were made in either case. *See Samuels*, 757 F. Supp. 3d at 962; *Sarcuni*, 664 F. Supp. 3d at 1118.

It also bears noting that, as BadgerDAO pointed out in its Reply in Support of its Motion to Dismiss (ECF No. 81), Cloudflare has never pleaded any facts regarding the generation or sharing of profit by BadgerDAO. (*Id.* ¶ 14.) Cloudflare also cannot rely on facts pleaded by the Litigation Administrator, having already accused the Litigation Administrator of the same deficiency of "fail[ing] to plead these basic elements" of a general partnership, including that BadgerDAO was a business for profit. (*Id.* ¶ 12, quoting Cloudflare's Mem. in Support of Mtn. to Dismiss, ECF No. 21, at 8.)

At this juncture, the record reflects that the other parties addressing the issue agree that BadgerDAO is not a partnership. To the extent BadgerDAO is not a partnership—or any other legally recognized entity—it may lack the capacity to be sued. Claims premised on partnership status are therefore legally defective.

BadgerDAO does not request additional briefing at this time and submits this letter solely to ensure the Court has the benefit of the most current factual and legal context.

Respectfully,


By: */s/ Peter Scoolidge*_____
    Peter Scoolidge
    Matthew Brown
    Scoolidge Peters Russotti & Fox LLP
    2 Park Ave 20th Floor
    New York, NY 10016
    Tel: (212) 729-7708
    peter@sprfllp.com
    mbrown@sprfllp.com


    *Attorneys for Third-Party Defendant*
    *BadgerDAO*


cc: All Counsel (via ECF)