**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>CELSIUS NETWORK LLC, *et al.*,<br><br>      Post-Effective Date Debtors. | Chapter 11<br><br>Case No. 22-10964 (MG)<br><br>(Jointly Administered) |
| MOHSIN Y. MEGHJI, LITIGATION ADMINISTRATOR, AS REPRESENTATIVE FOR THE POST-EFFECTIVE DATE DEBTORS,<br><br>      Plaintiff,<br><br>      v.<br><br>CHRISTOPHER SPADAFORA and CLOUDFLARE, INC.,<br><br>      Defendants. | Adv. Pro. 24-03981 (MG) |

## ORDER REQUIRING CLOUDFLARE TO SEARCH FOR AND PRODUCE DOCUMENTS

**MARTIN GLENN**
**CHIEF UNITED STATES BANKRUPTCY JUDGE**

The Court received a letter concerning a discovery dispute between the Litigation Administrator and Cloudflare specifically concerning Cloudflare's refusal to search for and produce responsive documents from individuals who held senior executive or other managerial roles at Cloudflare. (ECF Doc. # 93.) The Court scheduled a hearing for June 1, 2026, to address the issues. Having heard from counsel the Court hereby orders that Cloudflare shall search for the documents and produce responsive documents on or before 5:00 pm, June 25, 2026. Any documents withheld on grounds of alleged attorney-client privilege shall be identified in a privilege log which shall be provided to the Litigation Administrator's counsel on

1

or before 5:00 pm, Tuesday, June 30, 2026.

**IT IS SO ORDERED.**

Dated:    June 1, 2026
        New York, New York

*Martin Glenn*
_____
MARTIN GLENN
Chief United States Bankruptcy Judge